# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>Francisco Javier Torres-Villa,<br><br>Defendant(s). | NO. CR 08-255-TUC-FRZ (GEE)<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress [12].

On June 26, 2008, Magistrate Judge Glenda E. Edmonds conducted a hearing and on September 26, 2008 issued her Report and Recommendation [30]. A copy was sent to all parties. Defendant filed his Objection to Report and Recommendation on October 6, 2008. [32] Plaintiff has not filed any objections.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that Defendant's objections are DENIED.

IT IS ORDERED that the Motion to Suppress is DENIED.

DATED this 10th day of October, 2008.

FRANK R. ZAPATA
United States District Judge